IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JOSEPHINE DOUGLAS,

    Plaintiff,

v.                                                                      No. 2:24-cv-505 GBW/KRS

THE EVANGELICAL LUTHERAN
GOOD SAMARITAN SOCIETY, et al.,

    Defendants.

## ORDER ADOPTING JOINT STATUS REPORT AND PROVISIONAL DISCOVERY PLAN WITH MODIFICATIONS

At the Rule 16 scheduling conference held on September 19, 2024, the Court reviewed the parties' Joint Status Report and Provisional Discovery Plan, and adopted it as modified by the dates provided in the Court's Scheduling Order, filed concurrently with this Order.

**IT IS SO ORDERED**.

                                                    _____
                                                    KEVIN R. SWEAZEA
                                                    UNITED STATES MAGISTRATE JUDGE