IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**JOSEPHINE DOUGLAS,**

      **Plaintiff,**

vs.                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                    

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**JOSEPHINE DOUGLAS,**

      **Plaintiff,**

vs.                                                                         No. 2:24-CV-505 MLG-KRS

**THE EVANGELICAL LUTHERAN**
**GOOD SAMARITAN SOCIETY d/b/a**
**GOOD SAMARITAN SOCIETY**
**BETTY DARE, and SANFORD HEALTH**
**FOUNDATION,**

      **Defendants.**

**STIPULATED ORDER**
**REGARDING RELEASES FOR MEDICAL, MENTAL HEALTH, AND EMPLOYMENT**
**RECORDS AND THE RECORDS OBTAINED WITH THOSE RELEASES**

      Currently before the Court is the Unopposed Motion For Entry of Stipulated Order Regarding Records and Releases filed by Plaintiff Josephine Douglas (Doc. 27). Finding good cause and noting that the parties have stipulated thereto, the Court grants the Motion and enters the following Stipulated Order:

      1.      Plaintiff Josephine Douglas will provide Defendant's attorney with executed releases for her medical and mental health records, as requested, provided that:

            a.      The releases are for records pertaining to Josephine Douglas' medical treatment or mental health care only from July 28, 2013 through present, and only for facilities in which she was seen, or treated.

            b.      Defendant's counsel shall not have telephonic or in-person verbal contact with doctors, doctors' staff, or anyone else, regarding Plaintiff Josephine Douglas' medical care and treatment, or mental health care and treatment, pursuant

to these releases. Defendant's counsel may only contact the doctors or their employees, or mental health care providers or their employees, regarding the copying of the requested records or if the records received are missing or have duplicate pages, or to schedule the deposition of the physicians, mental health care providers, or records custodians.

      c.      Defendant's counsel will provide Plaintiff's attorney with copies of all medical and mental health records requests at the time such requests are made in order to verify that the requests are only for the dates of service authorized by this Stipulated Order.

      d.      Copies of all actual records obtained will be provided to Plaintiff at Defendant's cost, within five (5) days of receipt by Defendant's counsel.

2.      Plaintiff Josephine Douglas will provide Defendant's attorney with the release for her employment records, as requested, provided that:

      a.      The releases are for records pertaining to Josephine Douglas' employment history only since July 28, 2013.

      b.      Defendant's counsel shall not have telephonic or in-person verbal contact with Plaintiff Josephine Douglas' former or current employers, their staff, or anyone else, regarding Plaintiff Josephine Douglas' employment history, pursuant to these releases. Defendant's counsel may only contact the employers, or their staff, regarding the copying of the requested records, or if the records received are missing or have duplicate pages.

      c.      Defendant's counsel will provide Plaintiff's attorney with copies of all employment records requests at the time such requests are made in order to verify that the requests are only for the dates authorized by this Stipulated Order.

      d.      Copies of all actual records obtained will be provided to Plaintiff at Defendant's cost, within five (5) days of receipt by Defendant's counsel.

      3.      Defendant's counsel agrees to keep all records confidential and further agree to destroy all copies of records obtained with these releases at the conclusion of the case. Defendant's counsel further agrees to keep any information they receive confidential and agree not to disclose any medical, mental health, or employment history to any person or company who is not a party to the case.

      4.      Defendant's counsel may disclose confidential documents to the Court and Court personnel, or to a qualified Court Reporter, to counsel involved in the case, to counsels' law office personnel, to representative parties of counsels' client, Good Samaritan Society, to any investigators, experts and/or consultants or other litigation support personnel, to a deponent during the course of his or her deposition, or to personnel for any third-party contractors who may copy, compile, convert, or scan the records. Defendant's counsel shall request that Defendant Good Samaritan Society and its authorized representatives, as well as any and all individuals provided such records, other than the Court, Court personnel, or a qualified Court Reporter, destroy all copies of the records at the termination of this litigation.

      5.      The terms of this Stipulated Order do not preclude, limit, restrict, or otherwise apply to the use of documents at or in court proceedings or filings. Such documents may be filed under seal only with leave of court as required by law and the rules and procedures of the Court. If Defendant wishes to attach a document covered by this Stipulated Order to a court filing, it must provide Plaintiff with advance notice and the opportunity for Plaintiff to seek leave of court to have the document filed under seal.

      6.      This Stipulated Order is being entered without prejudice to the right of any party to move the Court for modification or for relief from any of its terms.

7.	This Stipulated Order is to be governed by the Federal Rules of Civil Procedure concerning discovery, and shall survive the termination of this action and remain in full force and effect unless modified by an Order of this Court or by the written stipulation of the parties filed with the Court.

IT IS SO ORDERED this 27th day of March, 2025.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted:

**YOUTZ & VALDEZ, P.C.**

   */s/ Stephen Curtice*
Shane C. Youtz
shane@youtzvaldez.com
Stephen Curtice
stephen@youtzvaldez.com
James A. Montalbano
james@youtzvaldez.com
Grace Rhodehouse Barberena
grace@youtzvaldez.com
900 Gold Avenue S.W.
Albuquerque, NM 87102
(505) 244-1200 – Telephone
*Attorneys for Plaintiff*


Approved:

*Approved via email on 3/14/25*
Jeremy Harrison
jkh@modrall.com
Modrall Sperling
P.O. Box 2168
Albuquerque, NM 87103-2168
*Counsel for Defendants*

4